# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSHUA C. EVEREST  
5442 BROOKSTONE  
ROCHELLE, IL  61068  

SSN-xxx-xx-9856

Case Number: 08-70183

Case filed on: 1/24/2008  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | A LAW OFFICE OF CROSBY & ASSOCIATES, P.C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JOSHUA C. EVEREST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | POPULAR MORTGAGE SERVICING INC | 9,732.77 | 9,732.77 | 0.00 | 0.00 |
| 017 | BEACON HILL APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | APX ALARM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 9,732.77 | 9,732.77 | 0.00 | 0.00 |
| 001 | CITIZENS CAF | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARLEY-DAVIDSON CREDIT | 8,307.51 | 1,790.27 | 0.00 | 0.00 |
| 004 | ACCT REC SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ANDERSON CRENSHAW ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 300.00 | 64.65 | 0.00 | 0.00 |
| 009 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NICOR GAS | 1,186.40 | 255.67 | 0.00 | 0.00 |
| 011 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RAKISHA BLACK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RECEIVABLES PERFORMANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RICHARD BISCHOFF, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COTTONWOOD FINANICAL | 835.44 | 180.04 | 0.00 | 0.00 |
| 016 | VERIZON WIRELESS | 512.26 | 110.39 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE CORP | 843.44 | 181.76 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 568.65 | 122.54 | 0.00 | 0.00 |
|  | Total Unsecured | 12,553.70 | 2,705.32 | 0.00 | 0.00 |
|  | Grand Total: | 22,286.47 | 12,438.09 | 0.00 | 0.00 |

Total Paid Claimant:   $0.00  
Trustee Allowance:   $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  07/30/2008            By  /s/Heather M. Fagan